**Charles A. WILLIAMS, Plaintiff-Appellant,**

v.

**Sgt. T. CROSSON; C/O McDonald; C/O Godfrey; Superintendent Ryan; Lt. Burge, Defendants-Appellees.**

No. 16-7231

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2017

Decided: May 3, 2017

---

* We have reviewed the claims raised in Pineda-Mendez's pro se supplemental brief and conclude they lack merit.

Charles A. Williams, Appellant Pro Se.

Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Williams' motion for appointment of counsel and affirm for the reasons stated by the district court. *Williams v. Crosson*, No. 5:14-ct-03308-F (E.D.N.C. Sept. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*